UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSHUA COLON,

Defendant.

No. 11-CR-1015-2 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court, having previously scheduled presentment in this matter for 10:00 a.m. on Thursday, July 30, 2026, HEREBY ORDERS THAT the parties shall appear before the Court on Thursday, July 30, 2026, at 10:30 a.m., instead of the previously scheduled time (10:00 a.m.), in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for presentment on the violations of supervised release specified in the Probation Office report dated July 2, 2026.

SO ORDERED.

Dated: July 27, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation