UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSHUA COLON,

Defendant.

No. 11-CR-1015-2 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a status report from Probation dated September 3, 2026 concerning Supervisee's progress while on supervised release. IT IS HEREBY ORDERED THAT Probation shall provide a further status report no later than October 19, 2026 setting forth the Supervisee's compliance with his substance-abuse-treatment condition and his efforts to gain stable employment and housing.

SO ORDERED.

Dated: September 8, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation